PEOPLE, APPELLEE, v. LIZARDI, APPELLANT.

## District Court of San Juan, Section 2.

No. 1800.—Decided December 9, 1921.

The defendant attempted to register as a voter, alleging that he was of lawful age. The certificate of the civil registry put in evidence by the prosecution showed that the defendant was not twenty-one years of age and the defendant produced testimony tending to show that he was of age. *Held*: That as the evidence was contradictory, there was no reason to in-

terfere with the action of the court below.—Mr. Justice Wolf delivered the opinion of the court.